**Order entered November 9, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00948-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**MICHAEL A. GALOFARO, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-00297-N**

## ORDER

The Court **REINSTATES** the appeal.

On November 13, 2014, we ordered the trial court to file a written, signed order reflecting its ruling on appellee's "motion for double jeopardy." We have received a supplemental clerk's record with the trial court's order.

The State's brief is due within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    ADA BROWN
        JUSTICE